# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § <br> § <br> § CASE NUMBER 6:11-CR-00078-RC <br> § <br> § <br> § <br> § <br> § |
| v. | |
| TREVORRIS WOODARD | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Trevorris Woodard be committed to the custody of the Bureau of Prisons for a term of imprisonment of 10 months with no supervised release to follow, with the term of imprisonment to run concurrently with Defendant's sentence in Case No. 6:16-cr-24(1). The Court **RECOMMENDS** that drug treatment be provided to Defendant during the term of imprisonment and that the place of confinement be Seagoville or as close to Longview as possible in order to facilitate family visitation.

**So Ordered and Signed**

**Feb 15, 2017**

_____
Ron Clark, United States District Judge